**UNITED STATES DISTRICT COURT OF MASSACHUSETTS**

**Evelyn Gray**
**Defendant**

**vs.**

**Sean Combs, Beyonce' Knowles,Wendy Williams, Fox Broadcasting Network, Massachusetts District Court, Mass General Hospital, Boston Police Department, Boston Fire Department, Boston EMS.**
**Plaintiff.**

**Complaint**

I the Plaintiff EVELYN GRAY am a resident of Dorchester Massachusetts and a citizen of the United States.
The Plaintiff Sean Combs, Beyonce' Knowles Wendy Williams and all of the defendants mentioned above are citizens and entities of the United States.

**Jurisdiction**

The Court has jurisdiction over this matter pursuant to U.S.C.ss 1332.

I EVELYN GRAY am the Defendant am filing a complaint seeking 13 billion dollars for a series of Civil and Constitutional Violations of my rights.

**Facts**

In january of 2015 I became a victim of various cyber crimes, including but not limited to:

1. Hacking
2. Cyber Bullying
3. Defamation of Character
4. Slander and libel
5. identity theft

Wherefore, I am seeking 13 Billion Dollars for damages and such other relief. I am also demanding a trial by jury.

*[signature]*

EVELYN GRAY
495 BLUE HILL AVE #205
Dorchester, Ma, 02121
978-457-1564

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EVELYN GRAY

**Plaintiff**

V.

UNITED STATES DISTRIC COURT OF MASSACH

**Defendant**

CIVIL ACTION

NO._____

*[Filed stamp: 2015 AUG 17 PM 1:__ U.S. DISTRICT... FILED IN CLERK'S OFFICE]*

### AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the following entries be made:

"Judgment for the Plaintiff in the sum of $_____

☐ ☐   ☐ ☐
(with/without) interest, and (with/without) costs"; and

"Judgment Satisfied."

Dated this ___6___ day of ___August 2015___.

___Pro se___
___Evelyn Gray___
Attorney (s) for the Plaintiff

_____
Attorney (s) for the Defendant

(Judgment Pla.wpd - 2/2000)                                                              [agrjgm.]